■ SPENCER HAYWOOD, Appellant-Respondent, v BERT PADELL et al., Respondents-Appellants.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on or about January 23, 1992, unanimously affirmed for the reasons stated by Fingerhood, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Asch, JJ.